UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORMAN FINN ) | |
| Plaintiff ) | Civil Action No. |
| v. ) | 25-cv-0556 JSR |
| ) | ~~PROPOSED~~ ORDER |
| PAGE88 LLC ) | FOR DEFAULT JUDGMENT |
| Defendant ) | |

Plaintiff Norman Finn's Complaint was filed ~~complaint~~ pursuant to Massachusetts law (docket entry 5) on January 21, 2025. Defendant Page88 LLC was served with process on February 7, 2025 (docket entry 8) and did not appear.

A Motion for Default Judgment was filed on March 19, 2025 per my instructions on March 4, 2025. After hearing on March 25, 2025 in which the defendant did not appear after proper notice was provided, final judgment shall enter on all counts against Page88 LLC in the amount of $399,578.77. Pursuant to M.G.L. Ch. 235 Section 8, post judgment interest of 12 percent under Massachusetts law is to apply to this action.

So Ordered
March 27, 2025

                                                Jed S. Rakoff
                                                U.S.D.J.